EDWARD L. MILHAU, Individually and as Executor, etc., Appellant, *v.* LOUIS JOHN DE G. MILHAU et al., Respondents.

(Argued April 9, 1894 ; decided April 24, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 29, 1893, which affirmed an order of Special Term directing plaintiff's attorney to accept a notice of appearance.

*Edward C. Delavan, Jr.,* for appellant.

*Gerrard Irvine Whitehead* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, *v.* THE MADISON SQUARE BANK, Defendant.

In the Matter of the Petition of GEORGE T. FITZGERALD, Respondent, *v.* RECEIVERS OF MADISON SQUARE BANK, Appellants.

(Argued April 9, 1894; decided April 24, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 18, 1894, which reversed an order of Special Term directing the receivers of the Madison Square Bank to retain out of funds intended to pay dividends certain moneys, and to pay over the same to the State Trust Company.

*Moses Weinman* for appellants.

*Lyman W. Redington* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.